UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



UNITED STATES OF AMERICA,     Violation Number(s): **OS51 6083261**

    Plaintiff,     Bowman, M.J.

v.

LARRY D. FILLHARDT,

    Defendant.

### ORDER

The Court has been advised of the death of Defendant on September 1, 2017. Next-of-kin has also provided a copy of the death certificate to the Court which confirms this information. Accordingly, the Court hereby DISMISSES the above violation.

**SO ORDERED**.

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge